United States District Court
Southern District of Texas
FILED

NOV 21 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **M-17-1753** |
| SALVADOR JR RANGEL, III | § | |
| ~~SALVADOR RANGEL, JR., III~~ | § | |
| (11/28/2017 cr) | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 25, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

SALVADOR JR RANGEL, III
~~SALVADOR RANGEL, JR., III~~

knowingly made, and willfully caused to be made a false statement and representation with respect to information required to be kept in the records of Second Amendment Arms, Edinburg, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Romanian Cugir Draco, 7.62x39mm caliber pistol, in that the defendant, SALVADOR RANGEL, JR., III, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that Andres Mena was the actual buyer of the firearm described above, when in truth and fact the defendant knew that these statements and representations were false and that Andres Mena was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY