**HONORABLE RICARDO H. HINOJOSA, U.S. DISTRICT JUDGE PRESIDING**

Courtroom Deputy Clerk: Alex De La Garza

Electronic Court Recording Operator: Tony Tijerina

INTERPRETER: C. De Pena (used/not used)

USPO: *Judy Blas*

TIME SET: 2:00    a.m./p.m.

United States District Court
Southern District of Texas
FILED

AUG 29 2018

David J. Bradley, **Clerk**

A.M. ___/___    P.M. *3:15 / 3:40    (25 m,h)*    DATE: August 29, 2018

CRIMINAL NO.    M-17-1753 DEFT.   01

UNITED STATES OF AMERICA    )    ROBERT GUERRA AUSA
                            )
v.                          )
                            )
SALVADOR JR RANGEL, III     )    MARCO DE LUNA RET'D

## SENTENCING

( )        New Sentencing Guidelines (NSG) case (11-1-14)

( )        Deft. failed to appear  bench warrant to issue (kloc)

(✓) ksen.  Sentencing held (BO= *20+2=22+4=26-2-1= 23  Ch<I  GRS: 46-57*

( )        Court GRANTS Government's motion for downward departure.

( ) kpstr  Deft. withdraws plea of guilty

(✓)    SENTENCE: *ADD 30 27* months custody of the Bureau of Prisons. _____

Ct. 1      ( ) Court recommends Deft. be placed in an institution where he/she can receive any drug
           and/or alcohol abuse treatment and or counseling. _____
           (✓) Court recommends Deft. be placed in an institution close to his/her family.
           ( ) Court recommends this sentence run concurrently / consecutively with _____
           sentence in _____.

           *2*  years Supervised Release term to commence upon release _____
           from confinement ( ) without supervision if deported. _____
           ( ) A special condition of supervised release is that Deft. submit himself/herself to any drug
           and/or alcohol abuse treatment and or counseling. _____

(✓)        $100.00 Special Assessment imposed on Ct(s). _____ *1* _____
           Time to serve.

( ) kdismcntgv  Cts _____ dismissed on Government Motion

( )        REMANDED to custody of U. S. Marshal

( ) kosurr.  Deft. to surrender to U. S. Marshal on _____.

( )        Deft. to surrender to designated institution

(✓)        Deft. to report to the U.S. Marshal on *October 5, 2018* by *2:00* p.m. to be advised what
           institute and what date to surrender to.

OTHER PROCEEDINGS   (X) objections filed/urged _____
*5K2.0(a)(4)/5 41.6*

(✓) Court advised Defendant of his/her right to appeal.